BRYAN SCHRODER
United States Attorney

KAREN VANDERGAW
JAMES KLUGMAN
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.vandergaw@usdoj.gov
Email: james.klugman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:19-cr-00117-SLG-MMS |
| ) | |
| Plaintiff, ) | COUNT 1: |
| ) | ASSAULT |
| vs. ) | Vio. of 18 U.S.C. §§ 111(a)(1) and (b) |
| ) | |
| JOHNNYLEE PRESTON BURK, a/k/a ) | COUNT 2: |
| "FELON," ) | ASSAULT |
| ) | Vio. of 18 U.S.C. §§ 111(a)(1) |
| Defendant. ) | |
| ) | |
| ) | |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about July 24, 2019, within the District of Alaska, the defendant, JOHNNYLEE PRESTON BURK, a/k/a "FELON", intentionally, willfully, and forcibly

assaulted, resisted, opposed, impeded, and interfered with A.M., a person assisting an officer or employee of the United States in the performance of official duties, and in so doing inflicted bodily injury upon A.M.

All of which is in violation of 18 U.S.C. §§ 111(a)(1) and (b).

## COUNT 2

On or about July 24, 2019, within the District of Alaska, the defendant, JOHNNYLEE PRESTON BURK, a/k/a "FELON", intentionally, willfully, and forcibly assaulted, resisted, opposed, impeded, and interfered with F.A., a person assisting an officer or employee of the United States in the performance of official duties, which acts involved physical contact with F.A.

All of which is in violation of 18 U.S.C. §§ 111(a)(1).

//

//

//

//

//

//

//

//

All of which is in violation of 18 U.S.C. §§ 111(a)(1).

A TRUE BILL.

                                                  s/Grand Jury Foreperson
                                                  GRAND JURY FOREPERSON

s/ Karen Vandergaw
KAREN VANDERGAW
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE:     October 16, 2019