IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHNNYLEE PRESTON BURK,<br><br>    Defendant. | Case No. 3:19-cr-00117-JMK-MMS<br><br>**ORDER DENYING DEFENDANT'S REQUEST FOR INJUCTIVE RELIEF** |

    Before the Court at Dockets 311 and 332 are Defendant Johnnylee Preston Burk's *pro se* "Defendants Request for Injunction to Allow Filing of Patent" and "Supplemental Request for Injunction Allowing Patent Filing," (collectively, the "Motions") respectively. Defendant requests injunctive relief from this Court directing the Department of Corrections ("DOC") to allow him to file numerous provisional patents with the U.S. Patent and Trademark Office ("USPTO"). No response from the Government is necessary.

    Mr. Burk does not cite to any legal authority for his requests, nor any basis for why the federal District Court adjudicating his criminal matter would have jurisdiction over a civil patent matter unrelated to the underlying litigation. "A preliminary injunction is always appropriate to grant intermediate relief of the same character as that which may be granted finally."[1] Here, the injunctive relief requested by Mr. Burk "deals with a matter lying wholly

---
[1] *De Beers Consol. Mines v. United States*, 325 U.S. 212, 220 (1945).

outside the issues in the suit."² Further, Mr. Burk cannot seek injunctive relief against a non-party on a matter unrelated to the litigation.³ This Court cannot order DOC to act when it is not a party to or otherwise involved in any way the underlying litigation. Accordingly, Mr. Burk's Motions must be denied.

## CONCLUSION

Based on the foregoing, Mr. Burk's Motions at Dockets 311 and 332 are **DENIED**.

IT IS SO ORDERED this 12th day of April, 2022, at Anchorage, Alaska.

*/s/ Joshua M. Kindred*
JOSHUA M. KINDRED
United States District Judge

---

² *Id.*
³ *Zenith Radio Corp. v. Hazeltime Research, Inc.*, 395 U.S. 100, 112 (1969).

*United States v. Burk* Case No. 3:19-cr-00117-JMK
Order Denying Motion for Injunctive Relief Page 2
Case 3:19-cr-00117-JMK-MMS   Document 373   Filed 04/12/22   Page 2 of 2