# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHNNYLEE PRESTON BURK,<br><br>    Defendant. | Case No. 3:19-cr-00117-SLG-MMS |

## ORDER MOTION WITHDRAWING INVOLUNTARY PLEA AND REQUEST FOR COUNSEL

Before the Court at Docket 498 is Defendant Burk's *Motion Withdrawing Involuntary Plea and Request for Counsel*. The government did not file a response to the motion.

Federal Rule of Criminal Procedure 11(e) provides as follows: "After the court imposes sentence, the defendant may not withdraw a plea of guilty or nolo contendere, and the plea may be set aside only on direct appeal or collateral attack." Accordingly, the motion is denied, without prejudice to Mr. Burk filing a motion pursuant to 28 U.S.C. § 2255 seeking to vacate, set aside or correct the sentence that was imposed in this case.

DATED this 31st day of March, 2023, at Anchorage, Alaska.

                 */s/ Sharon L. Gleason*
                 UNITED STATES DISTRICT JUDGE