S. LANE TUCKER
United States Attorney

MAC CAILLE PETURSSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: mac.caille.petursson@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>JOHNNYLEE PRESTON BURK,<br><br>        Defendant. | No. 3:19-cr-00117-SLG-MMS |

## NOTICE OF ATTORNEY APPEARANCE

Comes now the United States of America to give notice that Assistant U.S. Attorney Mac Caille Petursson will appear as co-counsel for the United States in this matter.

RESPECTFULLY SUBMITTED August 7, 2024 at Anchorage, Alaska.

                                            S. LANE TUCKER
                                            United States Attorney

                                            s/ *Mac Caille Petursson*
                                            MAC CAILLE PETURSSON
                                            Assistant United States Attorney
                                            United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2024 a true and correct copy of the foregoing was served electronically on all counsel of record.

s/ *Mac Caille Petursson*

U.S. v. Burk
3:19-cr-00117-SLG-MMS            Page 2 of 2
    Case 3:19-cr-00117-SLG-MMS   Document 564   Filed 08/07/24   Page 2 of 2