Johnny-Lee Preston Burk #480105
Anchorage Corr. Complex East
1400 E. 4th Avenue
Anchorage, AK. 99501



RECEIVED
OCT 16 2024
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,
    Plaintiff,
VS.
JOHNNY-LEE PRESTON BURK,
    Defendant.

Case No's 3:19-cr-00117-SLG-MMS;
and 3:23-cr-00078-SLG-MMS

## DEFENDANT'S REQUEST FOR A PROMPT DETENTION HEARING

Comes now, this defendant, Johnny-Lee Preston Burk, by Pro se filing, and hereby files this **Motion** respectfully requesting that this court **GRANT** him a Prompt Bail Hearing at this courts earliest convenience on any day of the week between **Tuesday** and **Friday**, from 9:00 AM to 4:00 PM. where Burk adopts his pleadings previously asserted in his UB request filed at **doc 113**, seeking a bed to bed transfer to the **Adult Teen Challenge** treatment center, he also hereby makes this filing specifically in a good-faith effort to avoid any potential oversight where, as he had been told by former **Judge Kindred** that documents filed as a "Notice" can be overlooked as they are not filed as motions, he is worried that his filing at **doc 126**, which was filed in Reply to the courts Order at **doc 121** has also been overlooked by the court accordingly, where Burk hopes to avoid losing his bed at the **Adult Teen Challenge** treatment center in which he's been approved for, which will happen if he's not able to obtain a somewhat prompt detention hearing, he respectfully asks for one here pursuant to 18 U.S.C. § 3142.

    Respectfully submitted on this 12th day of October, 2024, by,

Johnny-Lee Preston Burk #480195
Anchorage Correctional Complex - East
1400 East 4th Avenue
Anchorage, AK 99501

LEGAL & CONFIDENTIAL
THIS LETTER WAS WRITTEN BY AN INMATE AT AN ALASKA JAIL PLEASE DO NOT SEND CASH IN THE MAIL

Clerk of Court
Alaska Federal District Court
222 W. 7th Avenue, #4
Anchorage, Alaska 99513

quadient
FIRST-CLASS MAIL
IMI
$000.69
10/14/2024 ZIP 99501
043M31237346
US POSTAGE

LEGAL & CONFIDENTIAL
THIS LETTER WAS WRITTEN BY AN INMATE AT AN ALASKA JAIL PLEASE DO NOT SEND CASH IN THE MAIL