,RENE L. VALLADARES  
Federal Public Defender  
Nevada State Bar No. 11479  
REBECCA A. LEVY  
Assistant Federal Public Defender  
Oregon State Bar No. 8540  
411 E. Bonneville, Ste. 250  
Las Vegas, Nevada 89101  
(702) 388-6577  
Rebecca A. Levy@fd.org  

Attorney for Johnny-Lee Preston Burk

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>  v.<br><br>Johnny-Lee Preston Burk,<br><br>      Defendant. | Case No. 3:19-cr-00117-JLR-MMS |

### UNOPPOSED MOTION FOR TELEPHONIC APPEARANCE OF DEFENSE COUNSEL

Counsel for defendant, Johnny-Lee Preston Burk, hereby moves on an expedited basis to attend the hearing regarding Mr. Burk representing himself via telephone. The hearing is set for December 18, 2024, at 1:30 p.m. before the Court.

[Docket 588] Federal Rule of Criminal Procedure 43 does not require counsel to in person at this hearing.

Undersigned counsel is currently scheduled to be in Tulsa, Oklahoma appearing in case 4:24-cr-00163-JFH for a motion hearing. Counsel will be able to appear in this case via telephone (or potentially via video if the Court prefers) at the currently scheduled date and time.

Undersigned counsel conferred with counsel for the Government, Mr. Heyman and he does not oppose counsel for defendant's telephonic appearance at the hearing.

RESPECTULLY SUBMITTED December 12, 2024.

        RENE L. VALLADARES
        Federal Public Defender

By:  *s/ Rebecca A. Levy*
      REBECCA A. LEVY
      Assistant Federal Public Defender
      Counsel for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2024, a copy of the foregoing was served electronically on the US Attorney's Office, via the Court's electronic filing system.

*s/Rebecca A. Levy*
Assistant Federal Public Defender