UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:19-cr-00117-JLR |
| Plaintiff, | ORDER |
| v. | |
| JOHNNY-LEE PRESTON BURK, | |
| Defendant. | |

Before the court is the Government's motion to vacate the judgment of conviction and sentence in this case. (Dkt. # 574; *see also* Dkt. ## 587 (Government's supplemental filing), 473 (Judgment.) Defendant Johnny-Lee Preston Burk does not oppose the motion. (Dkt. # 585.) Having reviewed the parties' submissions, the relevant portions of the record, and the governing law, the court GRANTS the Government's motion. The Government and Mr. Burk are each ORDERED to file, by no later than **December 31,**

//

//

ORDER - 1

**2024**, a statement setting forth the party's proposal for how the court should proceed in this matter.

Dated this 16th day of December, 2024.

JAMES L. ROBART
United States District Judge