S. LANE TUCKER
United States Attorney

MICHAEL J. HEYMAN
MAC CAILLE PETURSSON
Assistant United States Attorneys
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-1523
Email: michael.heyman@usdoj.gov
Email: mac.caille.petursson@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>JOHNNY-LEE BURK,<br><br>        Defendant. | No. 3:19-cr-00117-JLR-MMS |

## STATUS REPORT

The United States, through undersigned counsel, hereby file this status report as required by the Court's order. Dkt. 597.[1]

On December 16, 2024, the Court granted the United States' motion to vacate the

---

[1] The Court requested a joint status report with defendant Johnny-Lee Burk ("Defendant") who is *pro se*. The United States has had some limited contact with Defendant to discuss these matters and believes this report accurately reflects the status of the parties' positions, but the United States has not been able to obtain his input on this report.

judgment in this case. Dkt. 593.

Meanwhile, Defendant's representation has been in flux. Defendant filed a motion to proceed *pro se* and on December 30, 2024, the magistrate judge entered an order granting the motion (and appointing standby counsel). Dkt. 595.

Now that the judgment has been vacated and the representation issue has been resolved, the parties are discussing a possible resolution, as well as a resolution of Defendant's other pending criminal case, 3:23-cr-00078-JLR-MMS. Communication, however, has been difficult due to Defendant's pre-trial custody. Given the uncertainty of a resolution and difficulty in communication, the United States requests that a status conference be set in approximately 30 days. In the event that the parties are unable to reach a resolution by the status conference, a trial date should be set thereafter.

RESPECTFULLY SUBMITTED January 17, 2025 at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

/s *Michael J. Heyman*
MICHAEL J. HEYMAN
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on January 17, 2025 a true and correct copy of the foregoing was served:

By mail to Johnny-Lee Burk

ECF to standby counsel

/s Michael J. Heyman

U.S. v. Burk
3:19-cr-00117-JLR-MMS

Page 2 of 2
Case 3:19-cr-00117-JLR-MMS   Document 598   Filed 01/17/25   Page 2 of 2